NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**Q3 NETWORKING LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE, INC., ARRIS U.S. HOLDINGS, INC., RUCKUS WIRELESS, INC., HEWLETT PACKARD ENTERPRISE CO., ARUBA NETWORKS LLC, NETGEAR, INC.,**
*Intervenors*

---

2022-1957

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1227.

---

**JUDGMENT**

---

JUSTIN KIMBLE, Nelson Bumgardner Conroy PC, Dallas, TX, argued for appellant.  Also represented by PATRICK J. CONROY, THOMAS WILLIAM KENNEDY, JR., JONATHAN H. RASTEGAR.

MICHAEL LIBERMAN, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

JULIE S. GOLDEMBERG, Morgan, Lewis & Bockius LLP, Philadelphia, PA, argued for intervenors. Also represented by DION MICHAEL BREGMAN, JASON EVAN GETTLEMAN, MICHAEL JOHN LYONS, Palo Alto, CA; ANDREW V. DEVKAR, Los Angeles, CA; ERIC S. NAMROW, STEPHANIE LAURA ROBERTS, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 10, 2024
Date

Jarrett B. Perlow
Clerk of Court